Prisoner

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 7/13/04
Docket Number: 03-0195-pr
Short Title: Melendez v. Jimenez
DC Docket Number: 02-cv-2144
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Christopher Dro

### ORDER OF DISMISSAL

*UNITED STATES COURT OF APPEALS — FILED JUL 1 3 2004 — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT*

NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

SO ORDERED,

A TRUE COPY,
Roseann B. MacKechnie / CLERK
by _____
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk
_____
By: Frank Perez
Deputy Clerk

Certified: JUL 1 3 2004